JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILLIAM N.,[1]
Plaintiff,
v.
FRANK BISIGNANO,[2]
Commissioner of Social Security,
Defendant.

No. 2:25-cv-03798 DSR

**JUDGMENT**

Pursuant to the Court's Memorandum Decision and Order filed concurrently herewith,

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that judgment is hereby entered in favor of Defendant and against Plaintiff.

DATED: September 14, 2026

HON. DANIEL S. ROBERTS
UNITED STATES MAGISTRATE JUDGE

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] The current Commissioner of Social Security is substituted as Defendant in place of his predecessor, Leland Dudeck, pursuant to Federal Rule of Civil Procedure 25(d).